# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                   Criminal Case No.: 5:15–CR–67-2
                                                                            (BAILEY)

TAMMY BAMBERGER,

    Defendant.

## REPORT AND RECOMMENDATION TO DENY MOTION AS MOOT
## –AND–
## ORDER VACATING ORDER SETTING HEARING

On April 12, 2016, counsel for Defendant, Douglas Sughrue, advised the Court that Defendant has entered into a plea agreement with the Government. Accordingly, counsel further advised, that the pre-trial motions hearing set for Monday, April 18, 2016, is no longer necessary.

Therefore, it is **RECOMMENDED** that [ECF No. 35] Defendant Tammy Bamberger's Motion to Suppress be **DENIED AS MOOT**.

Further, it is **ORDERED** that the portion of [ECF No. 39] the Amended Order Granting Second Motion to Continue Trial and to Extend Deadlines setting the hearing on pretrial motions for April 18, 2016, at 9:30 a.m., is hereby **VACATED**.

DATED: April 13, 2016                                        /s/ *James E. Seibert*
                                                                JAMES E. SEIBERT
                                                                U.S. MAGISTRATE JUDGE